No. 82–155.   CREDITHRIFT OF AMERICA, INC. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–409.   HECHT ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. 2d Cir.   Certiorari denied.

No. 82–435.   COMMONWEALTH EDISON CO. ET AL. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 82–445.   MIZRAHI *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–479.   ORR, GOVERNOR OF INDIANA, ET AL. *v.* BOARD OF SCHOOL COMMISSIONERS OF THE CITY OF INDIANAPOLIS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–549.   VICTORY BAPTIST TEMPLE, INC. *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.   Ct. App. Ohio, Lorain County.   Certiorari denied.

No. 82–552.   UNITED STATES *v.* 156.81 ACRES OF LAND, MORE OR LESS, SITUATE IN COUNTY OF MARIN, CALIFORNIA, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–631.   TIMMS, DBA PETROL EXPRESS, ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–651.   SANTA FE ENGINEERS, INC. *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.